**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | No. CR 05-1221-PHX-ROS |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Perfecto Gastelum, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that the following material witnesses be RELEASED to the Bureau of Immigration and Customs Enforcement for such further processing as that agency deems fit, which may include returning them to their country of origin.

1 - Miguel Angel Morales-Calderon

2 - Jose Alonso Mejia-Aguilera

WITH AGREEMENT AND CONSENT OF ALL COUNSEL CONCERNED, as reported to the Magistrate Judge on December 16, 2005, by counsel for the government, counsel for defendants, and counsel for the material witnesses.

DATED this  16th  day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge

Three (3) certified copies hand-delivered to USMS on 12/16/2005.